UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON D. MURPHY, et al., | ) |
| | ) CASE NO. C14-0955-RSM |
| Plaintiffs, | ) |
| | ) |
| v. | ) REPORT AND RECOMMENDATION |
| | ) |
| THE BANK OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Deborah Murphy filed a motion to proceed *in forma pauperis* (IFP) in this civil matter (Dkt. 1), while plaintiff Aaron Murphy failed to submit an IFP application. The Court would ordinarily require the submission of a separate application for Aaron Murphy in order to provide a complete picture of financial eligibility. However, in this case, the Court finds the information from Deborah Murphy sufficient to render a determination.

Deborah Murphy's application reveals that she earns a net monthly salary of $3,800.00, has monthly expenses totaling $3,350.00, and has over $800.00 available in checking and savings accounts, as well as $19,000.00 in a company retirement plan. While her monthly expenses approach the amount of her income, it remains that she appears to have the funds

REPORT AND RECOMMENDATION
PAGE -1

01 available to pay the filing fee in this matter. As such, the Court concludes plaintiff Deborah
02 Murphy does not financially qualify for IFP status. The Court, therefore, recommends the IFP
03 application be DENIED. This action should proceed only if plaintiff pays the $400 filing fee
04 within **thirty (30) days** after entry of the Court's Order adopting this Report and
05 Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk
06 should close the file.

07      DATED this 30th day of June, 2014.

                                    Mary Alice Theiler
                                    Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2

01 available to pay the filing fee in this matter. As such, the Court concludes plaintiff Deborah
02 Murphy does not financially qualify for IFP status. The Court, therefore, recommends the IFP
03 application be DENIED. This action should proceed only if plaintiff pays the $400 filing fee
04 within **thirty (30) days** after entry of the Court's Order adopting this Report and
05 Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk
06 should close the file.

07      DATED this 30th day of June, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2