UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON D. MURPHY and DEBORAH MURPHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BANK OF NEW YORK,<br><br>　　　　　Defendant. | Case No. C14-955-RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

On June 30, 2014, Magistrate Judge Theiler filed a report and recommendation ("R&R") on Plaintiff Deborah Murphy's motion to proceed *in forma pauperis* ("IFP") in this civil matter. Dkt. # 2. The R&R recommended that Plaintiff's IFP application be denied based on her ability to pay the $400 filing fee. As Plaintiff has subsequently paid the required $400 filing fee, the Court hereby ORDERS that the pending R&R is STRICKEN as moot, and Plaintiff is permitted to proceed with this matter.

Dated this July 1, 2014.

　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　/s/ Rhonda Stiles
　　　　　　　　　　　　　　　　　　Deputy Clerk

**MINUTE ORDER**